DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ILEANA DIAZ,**
Appellant,

v.

**STATE FARM FLORIDA INSURANCE COMPANY,**
Appellee.

No. 4D18-900

[April 11, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Raag Singhal, Judge; L.T. Case No. CACE 17-007335.

Matthew G. Struble and Christine Skubala of Struble, P.A., Fort Lauderdale, for appellant.

Paul L. Nettleton of Carlton Fields Jorden Burt, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

MAY, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***